# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUDSON, | CASE NO. 1:11-cv-01560-BAM |
| Plaintiff, | ORDER ADDRESSING MOTION FOR STATUS OF CASE |
| v. | (ECF No. 9.) |
| SUSAN HUBBARD, et al., | |
| Defendants. | |

Plaintiff Michael Hudson is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on September 15, 2011, and is currently pending screening. On November 19, 2012, Plaintiff filed a motion for status of the case. (ECF No. 9.)

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable despite the Court's best efforts. Plaintiff's case will be screened in due course.

IT IS SO ORDERED.

Dated: November 21, 2012        /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE

1